IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:26-mj-179 |
| | ) | |
| JOSHUA NATHAN LOWE, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Louis Bouzon, an investigative law enforcement officer authorized to investigate violations of Title 18 of the United States Code, being first duly sworn, hereby depose and state as follows:

INTRODUCTION

1. I make this Affidavit in support of an Application for a Criminal Complaint and Arrest Warrant for Joshua Nathan Lowe ("LOWE") because probable cause exists to believe that LOWE violated 18 U.S.C. § 661 (Stealing Personal Property within the Territorial Jurisdiction of the United States) on May 7, 2026, at the Mark Center, a Department of Defense facility located in the City of Alexandria, Virginia, within the Eastern District of Virginia.

2. I am a Special Agent (Criminal Investigator) with the Pentagon Force Protection Agency (PFPA) and am currently assigned to the Threat Management Unit. I have been in this assignment for approximately one year and eleven months, and my duties include investigations of threats against Department of Defense employees and other violations of federal law. I hold a bachelor's degree in criminal justice from the University of North Carolina at Charlotte. I am a graduate of the Federal Law Enforcement Training Centers (FLETC) Uniformed Police Training

1

Program and Criminal Investigator Training Program.  Prior to my tenure as a Special Agent (Criminal Investigator), I was employed by the PFPA as a sworn Police Officer, beginning in March 2020.  As a Police Officer, I conducted traffic stops, issued citations, assisted with arrests, investigated suspected criminal activity, conducted overt and covert surveillance, responded to medical calls for service, and provided security for the Pentagon Reservation.

3.      As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

4.      I base the information in this Affidavit on my personal knowledge and on information that I have learned, either directly or indirectly, from witnesses, records, and other law enforcement officers and agents.  Additionally, unless otherwise indicated, conversations discussed herein are described in substance and part rather than verbatim.  Likewise, I have not included each and every fact that my investigation has revealed, but rather, have included only those facts necessary to show probable cause.

STATEMENT OF PROBABLE CAUSE

5.      On May 7, 2026, at approximately 0124 hours, PFPA Police responded to a report of a fire alarm activation in the vicinity of the Mark Center pedestrian bridge that links the Mark Center to the North Parking Garage on Mark Center property.

6.      The Mark Center is part of the Pentagon Reservation. 10 U.S.C. § 2674(f)(4). The Mark Center is within the special maritime and territorial jurisdiction of the United States. 18 U.S.C. § 7(3).

2

7.    Approximately four hours later, a person who works at the Mark Center ("Victim") finished his overnight shift, returned to his vehicle ("Vehicle") in the North Parking Garage, and noticed that items were missing from the Vehicle.

8.    Victim reported to PFPA Police that the following items, among others, were missing from the Vehicle: 1) an ID Card issued to Victim by the U.S. Department of Commerce, 2) an ID Card issued to the Victim by his employer (MC Dean), and 3) unopened mail belonging to Victim.

9.    Upon review of CCTV camera footage, it was discovered that a male wearing a green hooded sweatshirt, black pants, black shoes, and a yellow backpack was in the North Parking Garage at approximately 0105 hours.  While there, he entered the Vehicle, remained inside the Vehicle for approximately 14 minutes, and then exited the Vehicle.

10.    The footage also showed that, after the male left the Vehicle in the North Parking Garage, he pulled a fire alarm activation lever located next to a stairwell at approximately 0124 hours.

11.    The footage also showed that, after he pulled the fire alarm, he proceeded down the stairwell and eventually departed Mark Center property.

12.    Later that same day, PFPA Special Agents provided CCTV camera screenshots of the male to the Alexandria Police Department, including the image below:



13.     Approximately two hours later, the Alexandria Police Department notified PFPA Special Agents that a male had just been arrested for burglary in the City of Alexandria, and that the male was in possession of a U.S. Department of Commerce ID Card with Victim's name on it, and MC Dean ID Card with the Victim's name on it, and an unopened mail package with Victim's name on it.

14.     The Alexandria Police Department provided pictures of the items that were in the male's possession at the time of his arrest.  After observing the pictures provided, Victim confirmed that the items listed above belonged to him.

15.     At the time of arrest, the following picture was taken of the male:



16.    The male was identified as LOWE by an Oregon ID card in his possession:



## CONCLUSION

17.    Based on the foregoing, I submit that there is probable cause to believe that, on or about May 7, 2026, within the Eastern District of Virginia, Joshua Nathan LOWE stole the personal property of another while within the territorial jurisdiction of the United States, in violation of 18 U.S.C. § 661.

Respectfully submitted,

Special Agent Louis Bouzon
Pentagon Force Protection Agency

Subscribed and sworn to in accordance with Fed. R. Crim. P. 4.1
by telephone on May 20, 2026

The Honorable William E. Fitzpatrick
United States Magistrate Judge

6